**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DEJON PITCHFORD,** | : | |
| **Plaintiff** | : | **No. 1:25-cv-02423** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **LT. ACKLEY, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 27th day of February 2026, upon consideration of pro se Plaintiff

Dejon Pitchford ("Pitchford")'s complaint (Doc. No. 1), application for leave to proceed in

forma pauperis ("IFP Application") (Doc. No. 7), certified prisoner trust fund account statement

(Doc. No. 12), and motion for an extension of time (Doc. No. 6), and for the reasons stated in the

accompanying Memorandum, **IT IS ORDERED THAT**:

1. Pitchford's IFP Application (Doc. No. 7) is **GRANTED**, and he has leave to proceed in forma pauperis in this case;

2. Pitchford **SHALL PAY** the full filing fee of $350.00, based on the financial information provided in the IFP Application and certified prisoner trust fund account statement.  The full filing fee shall be paid regardless of the outcome of the litigation.  Pursuant to 28 U.S.C. § 1915(b)(1) and (2), the Warden, or other appropriate official at Pitchford's place of confinement is directed to deduct an initial partial filing fee of 20% of the greater of:

    (A) the average monthly deposits in Pitchford's prison account for the past six (6) months, or

    (B) the average monthly balance in Pitchford's prison account for the past six (6) months.

    The initial partial filing fee shall be forwarded to the Clerk of the United States District Court for the Middle District of Pennsylvania, P.O. Box 1148, Scranton, Pennsylvania, 18501-1148, to be credited to the above-captioned docket number. In each succeeding month, when the amount in Pitchford's prison trust fund account exceeds $10.00, the Superintendent/Warden, or other appropriate official, shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Pitchford's prison trust fund account until the fees are

paid.  Each payment shall reference the above-captioned docket number for this case;

3.  The Clerk of Court is **DIRECTED** to **SEND** a copy of this Order to the Superintendent/Warden of the institution wherein Pitchford is presently incarcerated;

4.  The complaint (Doc. 1) is **DEEMED** filed;

5.  The complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**;

6.  Pitchford's motion for an extension of time (Doc. No. 6) is **DENIED**; and

7.  The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

2